IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BURELLA, *Individually and as Parent and Natural Guardian of Beth Ann Burella, Danielle Burella and Nicholas Burella,* <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.,** <br><br> **Defendants**. | CIVIL ACTION <br> No. 00-cv-0884 |

## ORDER

**AND NOW**, this 15th day of January 2010, upon review and consideration of Defendants' Motion to Certify the Court's Interlocutory Order of September 30, 2009 for Appeal [Document No. 124], Plaintiff's Response to Defendant's Motion for Leave to Take an Interlocutory Appeal [Document No. 127], and in accordance with the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**